IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENT E. GREENHALGH,

    Plaintiff,

v.                                                                                         1:19-cv-00404-JCH-LF

ANDREW SAUL, *Commissioner of
the Social Security Administration*,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on September 9, 2020 (Doc. 36). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 36) are ADOPTED;

2.     Plaintiff's Motion to Remand (Doc. 33) is DENIED, and the decision of the Commissioner is affirmed.

3.     A final order is entered concurrently herewith.

                                                            SENIOR UNITED STATES DISTRICT JUDGE